IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN N. FLIGGE,** )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>Commissioner of Social Security, )<br>        Defendant. ) | **Civil Action No. 06-1561**<br>**Electronically Filed** |

## ORDER OF COURT

**AND NOW**, this **27th day of April, 2007**, in accordance with the foregoing opinion, it is

**HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 8) is **GRANTED**.

2. Defendant's Motion for Summary Judgment (Doc. No. 6) is **DENIED**.

**IT IS FURTHER ORDERED** that this case is remanded to the Commissioner for additional proceedings consistent with this opinion.

Jurisdiction is relinquished.

                                                          s/ Arthur J. Schwab
                                                          Arthur J. Schwab
                                                          United States District Judge

cc:  All ECF registered counsel